UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **STEVE CRUMP,** | ) | No. LA CV 15-06041 VBF (FFM) |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | Adopting the February 2, 2016 Report And Recommendation Without Objection; |
| v. | ) | |
| | ) | **Revoking Plaintiff's In Forma Pauperis Status and Directing Him to Pay the Entire Filing Fee By Friday, April 8, 2016;** |
| DR. FRITTER et al., | ) | |
| | ) | Warning that Action Will Be Dismissed Without Prejudice If He Does Not Comply |
| Defendants. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the amended complaint (CM/ECF Document ("Doc") 9), plaintiff's Memorandum of Points and Authorities in support of that amended complaint (Doc 15), all the other records herein, the Report and Recommendation ("R&R") of the United States Magistrate Judge issued February 2, 2016, and the applicable law. Plaintiff has not filed any written objections to the Report within the time allotted for objections, and the Court finds no defect of law, fact, or logic in the Magistrate Judge's R&R. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that:

**The Report and Recommendation is ADOPTED without objection.**

**Plaintiff's *in forma pauperis* status is revoked.**

**If plaintiff does not pay the entire filing fee by close of business on Friday, April 8, 2016, this action will be dismissed without prejudice for failure to comply with court order, failure to diligently prosecute the action, and failure to pay the filing fee itself – without further opportunity for objection or argument.** *Accord Rider v. Rangel*, 2011 WL 841517, *1 (E.D. Cal. Mar. 7, 2011) (Lawrence O'Neill, J.) (revoking *pro se* prisoner's in forma pauperis status and directing "Plaintiff shall pay the full filing fee within thirty days or this case will be dismissed without prejudice."); *Funtanilla v. Thomas*, 2011 WL 345956, *11 (E.D. Cal. Feb. 2, 201) (Oliver Wanger, J.) (same); *Richey v. Fleenor*, 2014 WL 5111588, *1 (W.D. Wash. Oct. 10, 2014) (Ronald Leighton, J.) (same).[1]

Dated: March 7, 2016

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge

---

[1] *Cf. Moore v. Thacker*, 2007 WL 2900512, *2 (N.D. Cal. Sept. 28, 2007) (Saundra Brown Armstrong, J.) (revoking *pro se* prisoner's in forma pauperis status and immediately dismissing the action "without prejudice to Plaintiff's filing a motion to reopen no later than thirty (30) days from the date of this Order accompanied by the full filing fee of $350.00.").

2