# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEVE CRUMP, | No. LA CV 15-06041-VBF-FFM |
| Plaintiff, | FINAL JUDGMENT |
| v. | |
| DR. FRITTER ("individual" and "official capacity as Physician"), | |
| M. AYOTTE ("individual" and "official capacity as RN"), | |
| and B. DOSHNA ("individual" and official capacity as Health Care Appeals Coordinator staff), | |
| Defendants. | |

Pursuant to this Court's contemporaneously issued "Order Dismissing the Action With Prejudice for Prolonged Lack of Prosecution, Failure to Comply With Court Orders, and Failure to Pay the Filing Fee; Directing Entry of Separate Final Judgment, [and] Terminating and Closing the Action", **final judgment is hereby entered in favor of all the defendants in all their capacities and against plaintiff.**

Dated:  Thursday, August 25, 2016

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE